Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

DOCKET NO. (Transferring Court)
0864-0:02CR00400-001(MJD)

DOCKET NO. (Receiving Court)
CR-06-258-T

FILED
OCT 19 2006
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY ____ DEPUTY

| | | | |
|---|---|---|---|
| NAME AND LOCATION OF<br>Jane Louise Remington | DISTRICT<br>MINNESOTA | DIVISION | |
| | NAME OF SENTENCING JUDGE<br>Honorable Michael J. Davis | | |
| | DATES OF TSR SUPERVISION | FROM<br>05/24/2004 | TO<br>05/23/2006 |

OFFENSE
False Claims & Statements

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Western District of Oklahoma upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of TSR may be changed by the District Court to which this transfer is made without further inquiry of this Court.

9-29-06
Date

Michael J. Davis, United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-18-06
Effective Date

United States District Judge

SCANNED
OCT 25 2006
U.S. DISTRICT COURT ST. PAUL